UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JOSEPH RICHARDS,                       )
                                       )
               Plaintiff,              )
     vs.                               )    1:04-cv-2048-RLY-TAB
                                       )
JO ANN B. BARNHART, Commissioner of    )
the Social Security Administration,    )
                                       )
               Defendant.              )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Joseph Richards is not entitled to Childhood Disability Benefits or for Supplement Security Income based on his applications filed on November 30, 2001, and February 22, 2002, respectively, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).

Date: 03/27/2006

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Distribution:

Thomas E. Kieper, UNITED STATES ATTORNEY'S OFFICE, tom.kieper@usdoj.gov
C. David Little, POWER LITTLE & LITTLE, powerlittl@accs.net
Ann Elizabeth Zobrosky, ZOBROSKY AND ZOBROSKY, annzob@sbcglobal.net